THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS H. LARKIN, Appellant.

*Crimes — extortion and misconduct as attorney — judgment of conviction affirmed.*

People v. *Larkin*, 213 App. Div. 845, affirmed.

(Argued January 21, 1926; decided February 24, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 13, 1925, which affirmed a judgment of the Chautauqua County Court convicting the defendant of the crimes of attempted extortion and misconduct as attorney.

*John L. Heider* and *Thomas H. Larkin,* in person, for appellant.

*Glenn W. Woodin* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.